No. 230. MOORE *v.* PATE ET AL. October 13, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. S. D. Redmond* for petitioner. *Messrs. Marcellus Green* and *Garner W. Green* for respondents.

No. 233. ATLANTIC COAST LINE R. Co. ET AL. *v.* BELL, ADMINISTRATRIX. October 13, 1930. Petition for writ of certiorari to the Supreme Court of South Carolina denied. *Mr. Thomas W. Davis* for petitioners. *Mr. Louis M. Shimel* for respondent.

No. 234. BARDE STEEL PRODUCTS CORP. *v.* BURNET, COMMISSIONER OF INTERNAL REVENUE. October 13, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. W. W. Spalding* and *Roscoe C. Nelson* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist* and *Messrs. Claude R. Branch, J. Louis Monarch, John Vaughan Groner, W. Marvin Smith, Clarence M. Charest,* and *Randolph C. Shaw* for respondent.

No. 236. MARYLAND CASUALTY Co. *v.* MASSEY. October 13, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Edward B. Klewer* for petitioner. *Mr. H. D. Minor* for respondent.

No. 238. SACRAMENTO SUBURBAN FRUIT LANDS Co. *v.* LINDQUIST ET AL. October 13, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. John L. McNab* for petitioner. No